Edward T. Page, Appellant, v. Walton D. Suender, Appellee.

Gen. No. 23,429.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOWARD HAYES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and judgment here. Opinion filed April 3, 1918.

### Statement of the Case.

Action by Edward T. Page, plaintiff, against Walton D. Suender, defendant, to recover on a promissory note for $100 and interest. From a judgment for defendant, plaintiff appeals.

CLARENCE A. SAMUEL, for appellant.

No appearance for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

BILLS AND NOTES, § 50*—*what constitutes promissory note based upon sufficient consideration.* A paper signed by a student in a school for advertising, subscribing for and acknowledging the receipt of a scholarship in the school and promising to pay to a certain person, the president of the school, a certain sum according to certain payments, and specifying the character of the instruction, was a promissory note, based upon sufficient consideration.